# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSS J. SEGREAVES,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-4356** |
| | : | |
| **OFFICER MR. HAINES,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 15th day of April, 2025, upon consideration of Plaintiff Ross J. Segreaves's *pro se* Second Amended Complaint (ECF No. 15), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** as follows, for the reasons in the Court's accompanying Memorandum:

    a. Segreaves's claims under federal law are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

    b. Segreaves's claims under state law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case

                                                **BY THE COURT:**

                                                */s/ John Milton Younge*
                                                **JOHN MILTON YOUNGE, J.**